**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tsteinberg@maclaw.com
  *Attorneys for Defendant*
   *MELVIN LACKEY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA NARDI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; WHITE PINE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; ANTHONY SIFRE, an individual; MELVIN LACKEY, an individual; and DOES 1-25,<br><br>Defendants. | Case Number:  3:24-cv-00483-ART-CLB<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE DISMISSAL OF MELVIN LACKEY WITH PREJUDICE** |

Plaintiff CECILIA NARDI ("Plaintiff"), by and through her counsel of record, the law firm of The Guha Law Firm, Law Offices of Jonathan A. Weinman, APC, and Woolridge Law Ltd., Defendant MELVIN LACKEY ("Lackey"), by and through his counsel of record, the law firm of Marquis Aurbach, hereby agree and stipulate that:

1. The parties have circulated and executed a settlement agreement in this case; however, due to a clerical error, the parties hereby agree that Lackey shall have an additional two (2) weeks to file a Stipulation and Order to Dismiss Lackey from the instant case *with prejudice*;

///

MAC: 11779-225 (#5858377.1) 4/21/2025 2:21 PM

2. Accordingly, Lackey shall have until May 5, 2025, to submit the Stipulation and Order to the Court to dismiss him from the case *with prejudice*;

IT IS SO STIPULATED.

Dated this 21st day of April, 2025.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| MARQUIS AURBACH | WOOLDRIDGE LAW LTD |
| By: */s/ Tabetha J. Steinberg* <br> Brian R. Hardy, Esq. <br> Nevada Bar No. 8996 <br> Tabetha J. Steinberg, Esq. <br> Nevada Bar No. 16756 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendant Melvin Lackey | By: */s/ Ranojoy Guha* <br> Nicholas Wooldridge, Esq. <br> Nevada Bar No. 8732 <br> 400 S. 7th Street, Suite 400 <br> Las Vegas, Nevada 89101 <br> Ranojoy Guha, Esq. (Admitted Pro Hac Vice) <br> Jonathan A. Weinman, Esq. (Admitted Pro Hac Vice) <br> Attorneys for Plaintiff Cecilia Nardi |

**ORDER**

IT IS ORDERED.

Dated this 23rd day of April, 2025.

_____
United States Magistrate Judge