**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CECILIA NARDI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; WHITE PINE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; ANTHONY SIFRE, an individual; MELVIN LACKEY, an individual; and DOES 1-25,<br><br>Defendants. | Case Number: 3:24-cv-00483-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO DISMISS MELVIN LACKEY AND ANTHONY SIFRE WITH PREJUDICE AND REMOVAL OF PARTIES FROM CAPTION** |

Plaintiff CECILIA NARDI ("Plaintiff"), by and through her counsel of record, the law firm of The Guha Law Firm, Law Offices of Jonathan A. Weinman, APC, and Woolridge Law Ltd., Defendant MELVIN LACKEY ("Lackey"), by and through his counsel of record, the law firm of Marquis Aurbach, and Defendants WHITE PINE COUNTY (the "County"), WHITE PINE COUNTY SHERIFF'S OFFICE (the "Sheriff's Office"), and ANTHONY SIFRE ("Sifre"), by and through their counsel of record, the law firm of Lemons, Grundy, & Eisenberg (Plaintiff and Defendants, collectively referred to as "Parties"), hereby stipulate that:

1. Any and all claims against Defendants Lackey and Sifre, only, (collectively "Individual Defendants") in the above-referenced action shall be dismissed *with prejudice*;

2. The Individual Defendants shall bear their own attorney fees and costs; and

3. The Individual Defendants shall be removed as parties to this case from the caption and e-service list.

IT IS SO STIPULATED.

Dated this 13th day of May, 2025.

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| MARQUIS AURBACH | WOOLDRIDGE LAW LTD |
| By: /s/ Tabetha J. Steinberg | By: /s/ Ranojoy Guha |
| Brian R. Hardy, Esq.<br>Nevada Bar No. 8996<br>Tabetha J. Steinberg, Esq.<br>Nevada Bar No. 16756<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant Melvin Lackey | Nicholas Wooldridge, Esq.<br>Nevada Bar No. 8732<br>400 S. 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>Ranojoy Guha, Esq. (Admitted Pro Hac Vice)<br>Jonathan A. Weinman, Esq. (Admitted Pro Hac Vice)<br>Attorneys for Plaintiff Cecilia Nardi |

Approved as to form and content:

LEMONS GRUNDY & EISENBERG

By: /s/ Rebecca Bruch
   Rebecca Bruch, Esq.
   Nevada Bar No. 7289
   6005 Plumas Street, 3rd Floor
   Reno, Nevada 89519
   Attorneys for Defendants White Pine County, White Pine County's Sheriff's Office, and Anthony Sifre

**ORDER**

IT IS ORDERED.

Dated this 15th day of May, 2025.

_____
Anne R. Traum
United States District Judge