UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA NARDI, an individual;<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada;; and DOES 1-25,<br><br>　　　　　　　Defendants. | Case Number:  3:24-cv-00483-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL** |

Plaintiff CECILIA NARDI ("Plaintiff"), by and through her counsel of record, the law firm of The Guha Law Firm, Law Offices of Jonathan A. Weinman, APC, and Woolridge Law Ltd.; and Defendants WHITE PINE COUNTY (the "County") by and through their counsel of record, the law firm of Lemons, Grundy, & Eisenberg hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs

IT IS SO STIPULATED.

Dated this 3rd day of July, 2025.

Respectfully submitted by:                    Approved as to form and content:

THE GUHA LAW FIRM                             LEMONS GRUNDY & EISENBERG

By: /s/ Ranojoy Guha                          By: /s/ Rebecca Bruch
Nicholas Wooldridge, Esq.                     Rebecca Bruch, Esq.
Nevada Bar No. 8732                           Nevada Bar No. 7289
400 S. 7th Street, Suite 400                  6005 Plumas Street, 3rd Floor
Las Vegas, Nevada 89101                       Reno, Nevada 89519
Ranojoy Guha, Esq. (Admitted Pro Hac Vice)    Attorneys for Defendants White Pine County
Jonathan A. Weinman, Esq. (Admitted Pro Hac Vice)
Attorneys for Plaintiff Cecilia Nardi

**ORDER**

IT IS ORDERED.

Dated this 3rd day of July, 2025.

_____
Anne R. Traum
United States District Court Judge